Ella Barnes, Petitioner, v. W. H. Price as Judge and R. A. Willis, Respondents.—Original Proceedings for Mandamus.

D. L. McKinnon, for Petitioner.

Petition denied November 21st, 1911.